**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC Inc.,<br><br>Plaintiff,<br>vs.<br><br>Ghent Companies, Inc. fdba Ghent Manufacturing Inc.,<br><br>Defendant. | Adv. No. 25-51402 |

**CERTIFICATE OF SERVICE**

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this *Notice of Dismissal of Adversary Proceeding* was made on November 13, 2025, via

[X]  Electronic mail, addressed to:

<u>Counsel for Defendant,</u>
Jeffrey M. Hendricks, Esq.
BRICKER GRAYDON LLP
Email: jhendricks@brickergraydon.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 13, 2025        */s/ Jean Esslinger*
                                                                Jean Esslinger
                                                                ASK LLP
                                                                2600 Eagan Woods Drive, Suite 400
                                                                Saint Paul, MN 55121